UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN M. JACKSON, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-85 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CLINTON CANADY, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending motions and has dismissed all of Plaintiff's claims.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 30, 2022                                   /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge